IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SILVA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK), et al.,<br><br>    Defendants.<br>_____/ | No. C 14-05673 JSW<br><br>**ORDER SETTING HEARING ON MOTION TO DISMISS BY COUNTY OF ALAMEDA AND RE-SETTING DEADLINE TO FILE REPLY BRIEFS** |

On January 15, 2015, the County of Alameda and the City of San Leandro filed motions to dismiss. Plaintiff timely filed her opposition to those motions. On January 30, 2015, the matter was reassigned to this Court, and the City of San Leandro re-noticed its motion for March 13, 2015. The County of Alameda has not re-noticed its motion before this Court. The Reassignment Order expressly states that, although the parties should re-notice their motions, briefing schedules would not change. Defendants' reply briefs were due on February 5, 2015. To date, Defendants have not filed reply briefs.

The Court HEREBY schedules the hearing on the County of Alameda's motion to dismiss for March 13, 2015, so that it can be heard in connection with the City of San Leandro's motion to dismiss, and Plaintiffs' motion to remand.

//

//

//

1    If Defendants intend to file reply briefs, they shall do so by no later than February 18,
2 2015.
3    **IT IS SO ORDERED.**
4 Dated: February 11, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE