**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CYNTHIA SILVA,

10            Plaintiff,                          No. C 14-05673 JSW

11    v.                                          **ORDER STRIKING SECOND
                                                  OPPOSITION**
12    NATIONAL RAILROAD PASSENGER
      CORPORATION (AMTRAK), et al.,               **(Docket No. 26)**
13
              Defendants.
14
      _____/
15

16            On January 15, 2015, the County of Alameda and the City of San Leandro filed motions

17    to dismiss.  Plaintiff timely filed her opposition to those motions.  On February 11, 2015,

18    Plaintiff filed a second opposition brief to the City of San Leandro's motion.  The Court

19    HEREBY STRIKES that brief, and it shall consider the brief Plaintiff filed on January 29, 2015.

20    Defendants' replies remain due on February 18, 2015, pursuant to the Court's Order issued on

21    February 11, 2015.

22            **IT IS SO ORDERED.**

23    Dated: February 12, 2015

24                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28