Katie McIver, SBN 295123
Ryan D. Harris, SBN 217154
Harris Personal Injury Lawyers, Inc.
95 S. Market Street, Third Floor
San Jose, CA 95113
Telephone: (408) 512-3600
Fax: (408) 320-0092

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT IN AND FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SILVA, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, et al,;<br><br>    Defendants. | CASE NO. C 14-05673 JSW<br><br>**JOINT STIPULATION EXTENDING THE EARLY NEUTRAL EVALUATION DEADLINE AND [PROPOSED] ORDER** |

Plaintiff Cynthia Silva and Defendants City of San Leandro, Union Pacific Railroad Company, National Passenger Railroad Corporation, and Michael Jenecke (collectively "Defendants") jointly submit this stipulation and proposed order requesting an extension of time to complete Early Neutral Evaluation.

On April 10, 2015 the Court issued an order Scheduling Trial and Pretrial Matters referring the case for Early Neutral Evaluation. The Early Neutral Evaluation is to be conducted by June 12, 2015. On April 16, 2015, Steven Shrey was appointed as the Evaluator. On April 30, 2015 the parties had an initial phone conference with Mr. Shrey. At this conference, the parties and Mr. Shrey agreed that more time is necessary to add parties to the litigation and engage in initial

discovery.

In the interest of judicial economy, counsel for the parties respectfully request the deadline for completion of the Early Neutral Evaluation process to be extended until September 30, 2015. Counsel have informed the Neutral of their intention to seek this extension, and he has consented to it.

Dated: May 19, 2015                    HARRIS PERSONAL INJURY LAWYERS, INC.


By:
Katie McIver
Ryan Harris
Attorneys for Plaintiff
CYNTHIA SILVA


Dated: May 19, 2015                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:
Gregory M. Fox
Arlene C. Helfrich
Attorneys for Defendant
CITY OF SAN LEANDRO


Dated: May 19, 2015                    FLESHER MCKAGUE, LLP


By:    /S/ Jason W. Schaff
Jason W. Schaff
Jacob D. Flesher
Attorneys for Defendant
UNION PACIFIC RAILROAD, AMTRAK, AND MICHAEL JENECKE

[PROPOSED] ORDER

The parties' joint request to continue the Early Neutral Evaluation deadline is granted.

The new deadline to complete Early Neutral Evaluation is September 30, 2015.

IT IS SO ORDERED.

Dated:   May 21, 2015

Hon. Jeffrey S. White
United States District Court Judge