```
1   JACOB D. FLESHER – SBN 210565
    JASON W. SCHAFF– SBN 244285
2   FLESHER McKAGUE LLP
    2202 Plaza Drive
3   Rocklin, CA 95765
    Telephone:    (916) 358.9042
4   Facsimile:    (916) 673.9672

5   Attorneys for defendant,
    NATIONAL RAILROAD PASSENGER CORPORATION
6   dba AMTRAK, UNION PACIFIC RAILROAD COMPANY and
    MICHAEL JENECKE
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CYNTHIA SILVA, et al., | Case No. 4:14-cv-05673-JSW |
|---|---|
| Plaintiff(s), | **[PROPOSED]** ORDER GRANTING STIPULATION RE: CONTINUANCE OF ALL CASE MANAGEMENT DATES AS MODIFIED |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendant(s). | Hon. Jeffrey S. White |

The Court, having reviewed the parties' stipulation (Dkt 114) and the parties' availability, hereby GRANTS the parties' stipulation for a continuance as follows:

CASE MANAGEMENT DEADLINES:

Jury Trial: January ~~23~~ 30, 2017 at ~~9~~ 8:00 a.m.

Jury Selection: January ~~9~~ 25, 2017 at ~~9~~ 8:00 a.m.

Pre-trial Conference: ~~October 7, 2016 at 9:00 a.m.~~ January 9, 2017 at 2:00 p.m.

Last Day for Dispositive Motions:   November ~~18~~ 4, 2016 at 9:00 a.m.

Last Day for Expert Discovery:  August 31, 2016

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION RE: CONTINUANCE OF ALL CASE MANAGEMENT DATES
*Silva v. Union Pacific Railroad Company, et al.*, Case No.: 3:14-cv-05673-JSW

1 | Last Day for Expert Disclosure:   June 24, 2016

2 | Close of Non-Expert Discovery:   May 27, 2016

4 | <u>IT IS SO ORDERED:</u>

6 | Dated:   November 13, 2015

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF ALL CASE MANAGEMENT DATES
*Silva v. Union Pacific Railroad Company, et al.*, Case No.: 3:14-cv-05673-JSW