Katie McIver, SBN 295123
Ryan D. Harris, SBN 217154
Harris Personal Injury Lawyers, Inc.
55 S. Market Street, Suite 1010
San Jose, CA 95113
Telephone: (408) 512-3600
Fax: (408) 320-0092

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SILVA, as Successor in Interest of the ESTATE OF BRITTNEY SILVA; CYNTHIA SILVA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation; NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, a corporation; MICHAEL JENECKE, individually; CITY OF SAN LEANDRO; and DOES 1 through 100;<br><br>Defendants. | CASE NO. C 14-05673 JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF ALL PRE-TRIAL DATES AND TRIAL DATE** AS MODIFIED<br><br>Trial Date: January 30, 2017<br>Time: 8:00 a.m.<br>Hon. Jeffrey S. White |

**JOINT STIPULATION**

The parties to the above-captioned action, through their attorneys of record, hereby submit this Joint Stipulation and [Proposed] Order allowing twenty depositions per party and continuing the trial date and all pre-trial dates for the above-captioned case;

///

///

1  WHEREAS, on November 13, 2015 the Court granted an order continuing all case management dates, setting forth the following deadlines:

Jury Trial: January 30, 2017 at 8:00 a.m. (3 week est.)

Jury Selection: January 25, 2017 at 8:00 a.m.

Pretrial Conference: January 9, 2017 at 2:00 p.m.

Last Day for Dispositive Motions: November 4, 2016 at 9:00 a.m.

Last Day for Expert Discovery: August 31, 2016

Last Day for Expert Disclosure: June 24, 2016

Close of Non-Expert Discovery: May 27, 2016

WHEREAS, despite diligent efforts, coordinating several deposition have been difficult as witnesses are located throughout California and out of state.

WHEREAS, the parties have agreed that each party should be allowed a total of twenty depositions per party.

WHEREAS, all parties agree that further time is needed to continue discovery and are working diligently to ensure the most efficient process.

WHEREAS, good cause exists for the continuance.

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the parties, through their respective counsel of records, and subject to the Court's approval, that the dates previously set by this Court be continued as follows:

Jury Trial: March 6, 2017 at 8:00 a.m. (3 week est.)

Jury Selection: February 1, 2017 at 8:00 a.m.

Pretrial Conference: January 23, 2017 at 2:00 p.m.

Last Day for Dispositive Motions: December 9, 2016 at 9:00 a.m.

Last Day for Expert Discovery: November 30, 2016

Last Day for Expert Disclosure: September 23, 2016

Close of Non-Expert Discovery: August 26, 2016

Dated: May 23, 2016            Harris Personal Injury Lawyers, Inc.


By: _____/s/Katie McIver_____
    Katie McIver
    Attorney for Plaintiffs


Dated: May 11, 2016            Flesher Schaff & Schroeder, Inc.


By: ___/s/Jason Schaff_____
    Jason Schaff
    Attorney for Defendants Union Pacific Railroad
    Company, Amtrak, and Thomas McKeown


Dated: May 11, 2016            Bertrand, Fox, Elliot, Osman and Wenzel


By: _/s/Gregory M. Fox_____
    Gregory M. Fox
    Attorney for Defendants
    City of San Leandro


Dated: May 11, 2016            The Scranton Law Firm


By: _/s/Louis Beary_____
    Louis Beary
    Attorney for Plaintiff
    Eric Silva

The Court, having reviewed the parties' stipulation hereby GRANTS the parties' stipulation allowing twenty depositions per party and a continuance as follows:

CASE MANAGEMENT DEADLINES:

Jury Trial: ~~March 6, 2017 at 8:00 a.m.~~ (3 week est.) February 13, 2017 at 8:00 a.m.

Jury Selection: ~~February 1, 2017 at 8:00 a.m.~~ February 8, 2017 at 8:00 a.m.

Pretrial Conference: January 23, 2017 at 2:00 p.m.

Last Day for Dispositive Motions: December 9, 2016 at 9:00 a.m.

Last Day for Expert Discovery: November 30, 2016

Last Day for Expert Disclosure: September 23, 2016

Close of Non-Expert Discovery: August 26, 2016

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  May 24, 2016

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND [PROPOSED] ORDER - 4