United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SILVA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>    Defendants. | Case No. 4:14-cv-05673-JSW (LB)<br><br>**DISCOVERY ORDER**<br><br>[Re: ECF Nos. 137, 140] |

The court held a discovery hearing. For the reasons stated on the record, the court will allow the Rule 30(b)(6) deposition to go forward. The plaintiff may ask about documents produced. The scope of discovery otherwise is defined by the court's order at ECF No. 116.

The court ordered the parties to submit a joint case-management proposal for the remaining discovery by close of business on October 4 to address the scheduling issues in ECF No. 137.

**IT IS SO ORDERED.**

Dated: September 29, 2016

LAUREL BEELER
United States Magistrate Judge

ORDER (No. 4:14-cv-05673-JSW (LB))